UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Larisa Novikova

_____
                Petitioner
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Michael Mukasey,

_____

Michael Chertoff,

Emilio Gonzalez,

_____

Andrea J. Quarantillo, in their official capacity, Respondents.
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**'08 CIV 5412**

___ Civ. _____ ( ) ( )

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, Larisa Novikova _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.    If you are presently employed:
      a) give the name and address of your employer
      b) state the amount of your earnings per month

      N/A
      _____

      _____

2.    If you are NOT PRESENTLY EMPLOYED:
      a) state the date of start and termination of your last employment
      b) state your earnings per month
      **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

      I have never been employed in the United States - when I arrived in the United States,
      _____

      I was 67 years old and had already retired.

3.    Have you received, within the past twelve months, any money from any source? If so, name the
      source and the amount of money you received.
      Until my benefits were terminated on April 1, 2008, I received $530/month Supplemental
      Security Income (SSI) payments.
      _____

      a) Are you receiving any public benefits?          ☐ No.     ☑ Yes, $ 234 monthly toward rent
                                                                    and $298 monthly in food stamps jointly with husband
      b) Do you receive any income from any other source?  ☑ No.     ☐ Yes, $_____.

4.    Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.    ☑ Yes, $ 2,300 (jointly w/husband)

5.    Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No.    ☐ Yes,    $ _____.

6.    Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.    ☑ Yes, $650 (rent)    .

7.    List the person(s) that you pay money to support and the amount you pay each month.

N/A

8.    State any special financial circumstances which the Court should consider.
As a result of the 2-year delay in processing my naturalization application, which is the subject

of this petition, the Social Security Administration has stopped my SSI payments, on which

I depend in order to survive.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _11_ day of _06_ , _08_ .
          *date*            *month*    *year*

_Novikova_
*Signature*

6/13/08