PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LARISA NOVIKOVA,

              Petitioner,

              v.

MICHAEL MUKASEY, in his official capacity as
Attorney General of the United States,
MICHAEL CHERTOFF, in his official capacity as
Secretary of the Department of the Homeland Security
("DHS"),
EMILIO GONZALEZ, in his official capacity as Director
for the United States Citizenship and Immigration Services
("USCIS"),
ANDREA QUARANTILLO, in her official capacity as
District Director for the New York City District of USCIS,

              Respondents.
----------------------------------------------------------X

Docket No. CV-08-5412
(RPP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

### NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Petitioner LARISA NOVIKOVA hereby voluntarily dismisses this action against Defendants Michael Mukasey, Michael Chertoff, Emilio Gonzalez, and Andrea Quarantillo pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without prejudice and without costs.

Dated: New York, New York
       July 22, 2008

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                      By: _____
                      Mitchell A. Lowenthal (ML-2541)
                      Vitali S. Rosenfeld (VR-2974)
                      Anna A. Makanju (AM-7377)

                      One Liberty Plaza, New York, New York 10006
                      Tel. (212) 225-2000, Fax (212) 225-3999

                      Attorneys for Petitioner Larisa Novikova

So ordered

*[signature]*

July 23, 2008